UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| CHRISTOPHER SHAWN MARTIN, Institutional ID No. 229898,<br><br>Plaintiff,<br><br>v.<br><br>LUBBOCK POLICE DEPARTMENT, *et al.*,<br><br>Defendants. | No. 5:25-CV-00215-H-BV |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation that the Court deny Plaintiff's motion seeking injunctive relief. No objections were filed. The District Court independently examined the record and reviewed the findings, conclusions, and recommendation for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

As a result, Plaintiff's motion, Dkt. No. 16, is denied.

This case is returned to the docket of the Honorable Amanda 'Amy' R. Burch to continue the judicial screening process under 28 U.S.C. §§ 1915(e)(2) and 1915A. *See* Dkt. No. 17.

So ordered.

Dated December __, 2025.

JAMES WESLEY HENDRIX
United States District Judge